# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICK SNYDER, et al., *Plaintiffs*, v. WASHINGTON NATIONALS BASEBALL CLUB, LLC, *Defendant.* | Civil Action No. 1:24-cv-01182 (CJN) |

## JOINT MOTION TO STAY DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT

Plaintiffs Nick Snyder and David Coyne and Defendant Washington Nationals Baseball Club, LLC respectfully and jointly move this Court to stay all proceedings in this matter, including responsive pleadings, for one-hundred twenty (120) days from May 28, 2024 to September 25, 2024, to permit time for the Parties to engage in mediation of Plaintiffs' claims. In support of this Joint Motion, the parties state the following:

1. Pursuant to this Court's Order issued on April 29, 2024, Defendant's response to Plaintiffs' Complaint is due on or before May 28, 2024.

2. The parties have agreed to attempt to resolve this putative class action through private mediation. The parties intend to choose a mutually acceptable mediator, engage in informal discovery, and hold at least one joint mediation session, all with the goal of resolving this action in its entirety.

3. To facilitate informal discovery, the parties intend, during the stay of this matter, to move for this Court to enter a protective order.

4. Granting this joint motion will promote judicial economy and permit this Court to effectively control the disposition of cases on its docket with economy of time and effort for itself, counsel, and the litigants. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the dispositions of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

5. The parties agree that their interests are aligned in seeking to resolve the matter entirely without expending unnecessary litigation costs and efforts, and that accordingly neither Plaintiffs nor Defendant will be prejudiced by a stay of proceedings.

6. The parties propose that they jointly report to the Court the results of the mediation within seven (7) days of the conclusion of this stay or fourteen (14) days after the date of the mediation, whichever occurs earlier. If the mediation is successful, the parties will propose a schedule for obtaining court approval of a settlement, and if the mediation is unsuccessful the parties will propose a schedule for briefing any motion to dismiss or motion to compel.

7. The instant stipulation is submitted in good faith to allow the parties to potentially resolve this putative class action through private mediation and is not for the purpose of causing any undue delay.

8. Therefore, the parties jointly request that the Court enter an Order granting their Joint Motion.

Dated:  May 21, 2024                                             Respectfully submitted,

| | |
|---|---|
| /s/ George Ingham | /s/ Peter Romer-Friedman |
| George Ingham (D.C. Bar No. 1007658) | Peter Romer-Friedman (D.C. Bar No. 993376) |
| James J. McEntee* (D.C. Bar No. 1645255) | PETER ROMER-FRIEDMAN LAW PLLC |
| HOGAN LOVELLS US LLP | 1629 K Street NW, Suite 300 |
| 555 Thirteenth Street, NW | Washington, DC 20006 |
| Washington, DC 20004 | (202) 355-6364 |
| Tel:  (202) 637-5600 | peter@prf-law.com |
| Fax: (202) 637-5910 | |
| George.Ingham@hoganlovells.com | |
| Jimmy.McEntee@hoganlovells.com | |
| | |
| Michael E. DeLarco* | Ryan Allen Hancock (*pro hac forthcoming*) |
| HOGAN LOVELLS US LLP | WILLIG WILLIAMS DAVIDSON |
| 390 Madison Ave | 1845 Walnut Street, 24th Floor |
| New York, NY 10017 | Philadelphia, PA 19103 |
| Tel:  (212) 918-3000 | (215) 656-3600 |
| Fax: (212) 918-3100 | rhancock@wwdlaw.com |
| Michael.DeLarco@hoganlovells.com | |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs and the* |
| *Washington Nationals Baseball Club, LLC* | *Proposed Class* |

*admitted pro hac vice

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on May 21, 2024, I caused to be served on Plaintiffs the foregoing Motion Certificate by the CM/ECF system.

Dated:  May 21, 2024

                                              Respectfully submitted,

                                              <u>/s/ George Ingham</u>
                                              George Ingham