# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NICK SNYDER, et al.,

    *Plaintiffs*,

v.

WASHINGTON NATIONALS
BASEBALL CLUB, LLC,

    *Defendant.*

Civil Action No. 1:24-cv-01182 (CJN)

## [PROPOSED] ORDER

Before the Court is the Parties' Joint Motion to Stay Defendant's Response to Plaintiffs' Complaint. Upon consideration of the Motion, it is hereby

    **ORDERED**, that the Joint Motion to Stay is **GRANTED** and it is further

    **ORDERED**, that the Parties shall file a Joint Status Report and Proposed Schedule within the earlier of seven (7) days of the conclusion of the stay on September 25, 2024 and fourteen (14) days after the date of the mediation.

It is so **ORDERED.**

DATE: _____

                                                                             _____
                                                                             CARL J. NICHOLS
                                                                             United States District Judge