UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICK SNYDER, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WASHINGTON NATIONALS BASEBALL CLUB, LLC,<br><br>*Defendant*. | Civil Action No. 1:24-cv-01182 (CJN) |

**PLAINTIFFS' UNOPPOSED MOTION FOR RULE 23 CERTIFICATION OF THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT AGREEMENT**

Pursuant to Rules 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure and Local Civil Rule 23.1, Plaintiffs move to certify the Settlement Class for purposes of settlement and for preliminary approval of the Class Action Settlement Agreement. In support of their motion, Plaintiffs rely on the accompanying memorandum of points and authorities and the declarations of Peter Romer-Friedman and Ryan Allen Hancock. A proposed order is attached.

In accordance with the Settlement Agreement (ECF No. 25), and pursuant to Local Rule 7(m), Plaintiffs state that this motion is not opposed by Defendant.

Respectfully submitted,

May 16, 2025

*/s/ Peter Romer-Friedman*
Peter Romer-Friedman (D.C. Bar No. 993376)
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 355-6364
peter@prf-law.com

1

David Berman (DDC Bar No. NY0624)
PETER ROMER-FRIEDMAN LAW PLLC
16 Court St. Fl. 33
Brooklyn, NY 11241
(347) 229-1514
berman@prf-law.com

Ryan Allen Hancock (DDC Bar No. PA0139)
WILLIG WILLIAMS DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 656-3600
rhancock@wwdlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

2

## CERTIFICATE OF SERVICE

      Pursuant to LCvR 5.3, I hereby certify that, on May 16, 2025, I caused to be served on the parties the foregoing Motion by the CM/ECF system.

| | |
|---|---|
| Dated:  May 16, 2025 | Respectfully submitted, |
| | */s/ Peter Romer-Friedman* |