# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICK SNYDER, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WASHINGTON NATIONALS<br>BASEBALL CLUB, LLC,<br><br>    *Defendant.* | Civil Action No. 1:24-cv-01182 (CJN) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

    Plaintiffs respectfully submit the following Motion for Final Approval of Class Action Settlement. On May 21, 2025, the Court preliminarily approved the Class Action Settlement. ECF No. 27. For the reasons described in the accompanying Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Plaintiffs now move for entry of an order granting final approval of the proposed Class Action Settlement.

    Defendant consents to this motion. A proposed order is attached.

September 3, 2025

    /s/ Peter Romer Friedman
    Peter Romer-Friedman (D.C. Bar No. 993376)
    PETER ROMER-FRIEDMAN LAW PLLC
    1629 K Street NW, Suite 300
    Washington, DC 20006
    (202) 355-6364
    peter@prf-law.com

    David Berman (DDC Bar No. NY0624)
    PETER ROMER-FRIEDMAN LAW PLLC
    16 Court St. Fl. 33
    Brooklyn, NY 11241.
    berma@prf-law.com

Ryan Allen Hancock (DDC Bar No. PA0139)
WILLIG WILLIAMS DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 656-3600
rhancock@wwdlaw.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.3, I hereby certify that, on September 3, 2025, I caused to be served on Defendant the foregoing Motion by the CM/ECF system.

Dated:  September 3, 2025

Respectfully submitted,

/s/ Peter Romer-Friedman
Peter Romer-Friedman
